# Addendum B

*Issues to be Raised on Appeal*

1) Whether a locality may impose a greater-than-nominal fee as a condition of granting permission to exercise conduct lying in the core of an enumerated constitutional right, to wit, keeping a handgun in one's home for the purpose of self-protection?

　　The standard of review is *de novo*.

2) Whether N.Y. Penal L. § 400.00(14) – which authorizes all New York State localities to set their own fees for handgun licenses, but limits their discretion to a bounded range of from $3 to $10 – denies the equal protection of the law to citizens of New York City in that it exempts them from this protection?

　　The standard of review is *de novo*.