# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of May, two thousand and twelve,

_____

Kwong,

      v.                      **ORDER**
                              Docket Number: 12-1578

Bloomberg.

_____

This Court's Civil Appeal Management Program ("CAMP") has scheduled a pre-argument conference in the above-referenced appeal for Tuesday, June 5, 2012 at 3:00PM, with **Vidya Kurella, Staff Counsel**. The conference will be held **IN-PERSON**, at the Woolworth Building, 233 Broadway, New York, 6th Floor (entrance on Barclay St.).

Counsel for all parties are directed to attend with full authority to settle or otherwise approve other appropriate action regarding the case. Counsel are further directed to be fully prepared to discuss the legal merit of each issue on review before this Court and narrow, eliminate, or clarify issues on appeal where appropriate. See Local Rule 33.1.

Upon receipt of this order, counsel must contact opposing counsel to confirm availability for the conference. Counsel must also contact Staff Counsel's office via telephone or email (camp_support@ca2.uscourts.gov) to confirm conference attendance, and for any modification requests to this order.

Please call (212) 857-8760 with any questions.

                                                              For The Court:
                                                              Catherine O'Hagan Wolfe,
                                                              Clerk of Court

