# DAVID JENSEN PLLC

111 JOHN STREET, SUITE 230
NEW YORK, NEW YORK 10038
+ 1.212.380.6615 TEL
+ 1.917.591.1318 FAX
david@djensenpllc.com

14 May 2012

**VIA ELECTRONIC CASE FILING (ECF)**

Deborah Holmes, Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  *Kwong v. Bloomberg*, no. 12-1578
     Briefing Deadline Request

Dear Ms. Holmes:

Pursuant to Local Rule 31.2(a)(1)(A), Plaintiffs-Appellants write to request June 29, 2012 as the filing deadline for their initial brief. Plaintiffs-Appellants intend to file their brief on or before this date.

                                        Respectfully,

                                        David D. Jensen

cc:   Michelle Goldberg-Cahn
      New York City Law Department
      By e-mail to *migoldbe@law.nyc.gov*

      Simon Heller
      New York State Office of the Attorney General
      By e-mail to *simon.heller@ag.ny.gov*

**DAVID JENSEN PLLC**
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

HUDSON VALLEY
+ 1.845.231.0851