UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of May, two thousand and twelve,

_____

Kwong,

      v.                **ORDER**
                          Docket Number: 12-1578

Bloomberg.

_____

This Court's order directing a Pre-Argument Conference with **Vidya Kurella, Staff Counsel**, entered May 3, 2012, is hereby vacated.

                                                For The Court:
                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

