

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Susan Paulson**
Phone: (212) 788-1362
Fax: (212) 791-9716
spaulson@law.nyc.gov

July 1, 2012

By ECF

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court Of Appeals
    for the Second Circuit
500 Pearl Street
New York, New York 10007

    Re:   Kwong v. Bloomberg
              Docket No. 12-1578-cv

Dear Ms. O'Hagan Wolfe:

    I am the Assistant Corporation Counsel assigned to handle the appeal referenced above, in which this office represents the defendants-appellees, Michael R. Bloomberg, in his official capacity as Mayor of the City of New York, and the City of New York. In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as the defendants-appellees' request that their brief be due on September 28, 2012, which is 91 days from June 29, 2012, the date on which the City received service of appellants' brief and appendix.

    Thank you for your attention to this matter.

                                                    Yours truly,

                                                   Susan Paulson
                                                   Assistant Corporation Counsel

cc:    David D. Jensen, Esq. (ECF)