

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

July 3, 2012

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Kwong v. Bloomberg,* No. 12-1578

Dear Ms. Wolfe:

The State of New York Office of the Attorney General represents the State intervenor-appellee, Attorney General Eric T. Schneiderman, in this matter. Pursuant to Local Rule 31.2(a)(1)(B), we hereby request that the deadline for intervenor-appellee's brief be September 28, 2012. That date is 91 days from the filing of appellants' brief on June 29, 2012.

Respectfully submitted,

/s/

Simon Heller
Assistant Solicitor General

cc (by ECF):   all counsel