<div align="center">

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

</div>

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of July, two thousand and twelve,

_____

| | |
|---|---|
| Shui W. Kwong, George Greco, Glenn Herman, Nick Lidakis, Timothy S. Furey, Daniela Greco, Nunzio Calce, Second Amendment Foundation, Inc., New York State Rifle & Pistol Association, Incorporated, | **ORDER**<br>Docket Number: 12-1578 |

Plaintiffs - Appellants,

v.

Michael Bloomberg, in his Official Capacity as Mayor of the City of New York, City of New York,

Defendant - Appellee,

Attorney General of the State of New York,

Intervenor - Appellee,

Eric T. Schneiderman, in his Official Capacity as Attorney General of the State Of New York,

Defendant.

_____

Appellee Attorney General of the State of New York has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 28, 2012 as the brief filing date.

The scheduling notification hereby is so ordered.

<div style="margin-left: 50%;">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

</div>

