# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 07, 2013　　　　　　　　　　DC Docket #: 11-cv-2356
Docket #: 12-1578cv　　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: Kwong v. Bloomberg　　　　　DC Judge: Koeltl

## NOTICE OF HEARING DATE

**Argument Date/Time:** Friday, February 1, 2013 at 9:30 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, 17th Floor, Rm 1705

| **Time Allotment:** | Shui W. Kwong, et al | (10 minutes) |
|---|---|---|
| | Michael Bloomberg, et al | (5 minutes) |
| | Attorney General of the the State of New York | (5 minutes) |

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Simon Heller
Firm Name (if applicable): Office of the New York State Attorney General
Current Telephone Number: 212-416-8025

The above named attorney represents:
( ) Appellant/Petitioner　　( ) Appellee-Respondent　(x) Intervenor

Date: January 11, 2013　　Signature: _Simon Heller_