# UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

August Term, 2012

(Argued: February 1, 2013          Decided: July 9, 2013)

Docket No. 12-1578-cv

---

SHUI W. KWONG, GEORGE GRECO, GLENN HERMAN, NICK LIDAKIS, TIMOTHY S. FUREY, DANIELA GRECO, NUNZIO CALCE, SECOND AMENDMENT FOUNDATION, INC., NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC.,

*Plaintiffs-Appellants,*

—v.—

MICHAEL BLOOMBERG, in his official capacity as Mayor of the City of New York, CITY OF NEW YORK,

*Defendants-Appellees,*

ATTORNEY GENERAL OF THE STATE of NEW YORK,

*Intervenor-Appellee,*

ERIC T. SCHNEIDERMAN, in his official capacity as Attorney General of the State of New York,

*Defendant.*

---

Before:

_____, CABRANES, and WESLEY, *Circuit Judges.*

---

3245

---

## Slip ERRATA for *Kwong v. Bloomberg*, No. 12-1578-cv

| Page | Line | Delete | Insert |
|---|---|---|---|
| 3250 | 4-5 | Pursuant to Admin. Code § 10-131(a)(2) the other statute challenged by plaintiffs New York City | Pursuant to Admin. Code § 10-131(a)(2)—the other statute challenged by plaintiffs—New York City |
| 3262 | footnote 18, line 3 | outside of the $3-10 range, as New York City did. | outside of the $3-10 range. |

Copies have been sent by chambers to:

X  Panel Members
X  West Publishing
X  Clerk

So ordered:

*[signature]*

José A. Cabranes
U.S. Circuit Judge
August 2, 2013