# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 29, 2014

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY 10007

    Re: Shui W. Kwong, et al.
        v. Michael Bloomberg, Mayor of the City of New York, et al.
        Application No. 13A567
        (Your No. 12-1578)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Ginsburg, who on January 29, 2014, extended the time to and including February 17, 2014.

This letter has been sent to those designated on the attached notification list.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Andrew Downs
                Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David D. Jensen
David D. Jensen PLLC
111 John Street, Suite 420
New York, NY 10038


Clerk
United States Court of Appeals for the Second Circuit
1702 US Courthouse, Foley Sq.
New York, NY 10007