# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 20, 2014

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY  10007

Re: Shui W. Kwong, et al.
v. Bill de Blasio, Mayor of the City of New York, et al.
No. 13-993
(Your No. 12-1578)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 17, 2014 and placed on the docket February 20, 2014 as No. 13-993.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst